UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

ANN WHITESIDE,

    Plaintiff,

v.

    Case No. 2:26-cv-416

ENDURANCE ASSURANCE CORPORATION,
IREIT PLEASANT PRAIRIE RIDGE, L.L.C.,
INLAND REAL ESTATE INVESTMENT CORPORATION,
INLAND REAL ESTATE INCOME TRUST, INC.,
INLAND REAL ESTATE GROUP OF COMPANIES, INC.
FEDERAL INSURANCE COMPANY,
DICK'S SPORTING GOODS, INC.,
INLAND PROPERTY MANAGEMENT & LEASING
   GROUP, INC.,
ABC CORPORATION(S),
DEF CORPORATION(S),
XYZ INSURANCE COMPANY(S),
UNITEDHEALTHCARE OF WISCONSIN,

    Defendants.

## NOTICE OF REMOVAL

**NOW COMES** Defendant DICK'S Sporting Goods, Inc. ("Defendant"), by and through its undersigned attorneys, MWH Law Group LLP, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, and hereby files a Notice of Removal regarding the removal of the above-captioned cause of action from Kenosha County Circuit Court to the United States District Court for the Eastern District of Wisconsin, Milwaukee Division ("District Court").

In support thereof, Defendant states the following:

1.    This action was originally filed by Plaintiff Ann Whiteside ("Plaintiff") against Defendant on or about February 9, 2026, in Kenosha County Circuit Court, entitled *Ann Whiteside,*

*Plaintiff, v. Endurance Assurance Corporation, IREIT Pleasant Prairie Ridge, L.L.C., Inland Real Estate Investment Corporation, Inland Real Estate Income Trust, Inc., Inland Real Estate Group of Companies, Inc., Federal Insurance Company, DICK'S Sporting Goods, Inc., Inland Property Management & Leasing Group, Inc., ABC Corporation(s), DEF Corporation(s), XYZ Corporation(s), and UnitedHealthcare of Wisconsin, Inc., Defendants,* Case No. 2026CV000153. Pursuant to 28 U.S.C. § 1446(a), a copy of the Summons and Complaint is attached as **Exhibit A**.

2. Personal service was made upon Defendant's Registered Agent on or about February 13, 2023.

3. This case may be removed from Kenosha County Circuit Court to the United States District Court for the Eastern District of Wisconsin pursuant to 28 U.S.C. § 1332. The United States District Court has original jurisdiction over the litigation filed in state court on the basis of the diversity of the parties.

4. This is a civil action in which Plaintiff, who is domiciled in and a citizen of Wisconsin, claims she is entitled to damages resulting from an alleged incident outside of a DICK'S Sporting Goods store located at 9899 76th Street, Kenosha, Wisconsin on or about March 9, 2023, where Plaintiff claims she sustained permanent injuries and damages, including past and future pain, suffering and disability and loss of enjoyment of life; past and future medical expenses; and other compensable injuries **(Exhibit A, ¶¶ 19 and 26)**, in an amount to be determined at a trial as a result of an alleged slip and fall while outside of a DICK'S Sporting Goods store. The amount in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs.

5. Defendant was incorporated in Delaware and has its principal place of business in Coraopolis, Pennsylvania, and is deemed to be a citizen of Delaware and Pennsylvania pursuant to 28 U.S.C. § 1332(c)(1).

6. Defendant Endurance Assurance Corporation was incorporated in Delaware and has its principal place of business in Purchase, New York, and is deemed to be a citizen of Delaware pursuant to 28 U.S.C. § 1332(c)(1).

7. Defendant IREIT Pleasant Prairie Ridge, L.L.C. was incorporated in Delaware and has its principal place of business in Oak Brook, Illinois, and is deemed to be a citizen of Delaware and Illinois pursuant to 28 U.S.C. § 1332(c)(1).

8. Defendant Inland Real Estate Investment Corporation was incorporated in Delaware and has its principal place of business in Oak Brook, Illinois, and is deemed to be a citizen of Illinois pursuant to 28 U.S.C. § 1332(c)(1).

9. Defendant The Inland Real Estate Income Trust, Inc. was incorporated in Maryland and has its principal place of business in Oak Brook, Illinois, and is deemed to be a citizen of Maryland and Illinois pursuant to 28 U.S.C. § 1332(c)(1).

10. Defendant The Inland Real Estate Group of Companies, Inc. was incorporated in Illinois and has its principal place of business in Oak Brook, Illinois, and is deemed to be a citizen of Illinois pursuant to 28 U.S.C. § 1332(c)(1).

11. Defendant Federal Insurance Company was incorporated in Indiana and has its principal place of business in Indianapolis, Indiana, and is deemed to be a citizen of Indiana pursuant to 28 U.S.C. § 1332(c)(1).

12. Defendant Inland Property Management & Leasing Group, Inc. was incorporated Illinois in and has its principal place of business in Oak Brook, Illinois, and is deemed to be a citizen of Illinois pursuant to 28 U.S.C. § 1332(c)(1).

13. Defendant UnitedHealthcare of Wisconsin, Inc. was incorporated in Wisconsin and has its principal place of business in Milwaukee, Wisconsin, and is deemed to be a citizen of

Wisconsin pursuant to 28 U.S.C. § 1332(c)(1). According to the allegations of the Complaint, UnitedHealthcare of Wisconsin, Inc. is Plaintiff's medical insurer. UnitedHealthcare of Wisconsin, Inc. allegedly paid benefits to Plaintiff as a result of the incident which is the subject of Plaintiff's Complaint and was named as a defendant solely because of its subrogation interest; no claim for relief was asserted against UnitedHealthcare of Wisconsin, Inc. And, therefore, UnitedHealthcare of Wisconsin, Inc. is a nominal party in this action as opposed to a real party in interest. A party is a nominal party if there is no reasonable basis for predicting that it will be held liable. *Vandervest v. Wis. Cent.*, 936 F. Supp. 601 (E.D. Wis. 1996) (holding that State Farm and WEA, as insurers of the plaintiffs who were named as defendants solely to protect their respective subrogated interests do not fall within the purview of Wis. Stat. §§ 632.24 or 803.04(2) and are not otherwise real parties in interest). As a nominal party, the citizenship of UnitedHealthcare of Wisconsin, Inc. does not destroy the diversity that exists between the real parties in interest in this case. UnitedHealthcare of Wisconsin, Inc. is a subsidiary of UnitedHealth Group Incorporated.

14. UnitedHealth Group Incorporated was incorporated in Delaware and has its principal place of business in Eden Prairie, Minnesota and is deemed to be a citizen of Delaware and Minnesota pursuant to 28 U.S.C. § 1332(c)(1).

15. Counsel that has appeared on behalf of Plaintiff in Kenosha County Circuit Court is:

> HABUSH HABUSH & ROTTIER S.C.
> Steven T. Botzau  SBN 1000611
> 5439 Durand Ave., #220
> Racine, WI 53406
> Telephone: (262) 554-6200
> Facsimile: (262) 554-7166
> sbotzau@habush.com

16. This Notice of Removal is being served upon Plaintiff's counsel by the state court's electronic document management/electronic filing ("EDMS") which will send notification of such filing to all attorneys of record.

**WHEREFORE**, Defendant gives notice that the above-captioned action, now pending against them in Kenosha County Circuit Court, is being removed therefrom to the United States District Court for the Eastern District of Wisconsin, Milwaukee Division.

Dated March 13, 2026.

        **MWH LAW GROUP LLP**
        Attorneys for Defendant DICK'S Sporting Goods, Inc.

        By: */s Andrea G. Jahimiak*
        Andrea G. Jahimiak   SBN 1115348
        Fernando M. Mihaic   SBN 1125964
        735 N. Water Street, Suite 610
        Milwaukee, WI 53202
        Telephone: (414) 436-0353
        Facsimile: (414) 436-0354
        andrea.jahimiak@mwhlawgroup.com
        fernando.mihaic@mwhlawgroup.com

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 13, 2026, a copy of this document was served upon all parties in the above cause by the **electronic document management system ("CM/ECF")**, which will send notification of such filing to all attorneys of record.

**Attorneys for Plaintiff Ann Whiteside**
HABUSH HABUSH & ROTTIER S.C.
Steven T. Botzau     SBN 1000611
5439 Durand Ave., #220
Racine, WI 53406
Telephone: (262) 554-6200
Facsimile: (262) 554-7166
sbotzau@habush.com

                              /s/ Electronically signed by Paiton J. Robertson